# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 08-22345-CIV-GOLD/WHITE

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

FILED by IG D.C.
ELECTRONIC
AUG. 22, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

SUSAN A. MORROW,
Plaintiff,

v.

BARACK HUMANE OBAMA,
Defendant. stm
~~Respondent.~~

CASE NO.:
**08-22345-CIV-GOLD/WHITE**

RECEIVED
AUG 15 2008
HOMESTEAD CORRECTIONAL INSTITUTION

cat/div 1983/Dade Co
Case # 08CV 22345
Judge ASG Mag PAW
Motn Ifp YES Fee pd $ 0
Receipt #

## COMPLAINT

COMES NOW SUSAN A. MORROW, pro-se and for her complaint states as follows:

### I. NATURE OF ACTION:

COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF, APPLICABLE ATTORNEY'S FEES/COSTS, MONETARY DAMAGES AND DEMAND FOR JURY TRIAL.

### II. JURISDICTION:

THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States of America. This court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure. Also, under 28 U.S.C. 1343(a)(4) and 42 U.S.C. § 2000cc et seq., which confers original jurisdiction

—1—

on United States District Courts in suits to redress the deprivation of rights, privileges and immunities, as stated herein. The Court herein has pendant and supplemental jurisdiction over all state law claims under 28 U.S.C. § 1367(a)

### III. VENUE:

Plaintiff, SUSAN A. MORROW, is and was at all times mentioned herein a prisoner of the State of Florida in the care, custody and control of the Florida Department of Corrections and is a natural citizen, born in the U.S.A., although unable to vote until civil rights are restored by the state. Thus, the Southern District is an appropriate venue under 28 U.S.C. section 1391(b)(2) because it is where Plaintiff is located and where the events giving rise to the claim herein.

(1) PLAINTIFF:

Plaintiff, Susan A. MORROW is currently confined in Homestead Correctional Institution; 19000 S.W. 377 St., Suite 200; Florida City, FL 33034 in the State of Florida. DC number: 152108

(2) DEFENDANT:

Defendant, BARACK H. OBAMA is a United States Senator and Presumptive Presidential Candidate for the U.S.A. (United States of America) and a citizen of the world, a celebrity at-large abroad and is presumed a U.S. citizen by his maternal

-2-

ancestrage. His known address is United States Senate, The U.S. Capitol, ~~(?)~~ Washington, District of Columbia, United States of America. ~~(illegible)~~

IV. Petitioner sent a Freedom of Information Act Request Pursuant to 5 U.S.C., Section 552 to Florida Democratic Party, Secretary of State and to Attention Defendant at U.S. Senate, The Capitol, Washington, D.C. and received NO Replies not even within 10 ten business days provided for in the Act from any those places, or defendant. Petitioner's mental anguish as previously convicted felon innocent the current offenses and Defendant aspires be presumptive president, Chief Law Commander of U.S.A. and allegation herein non-compliance with U.S. Federal Law (unsure of the exact code/Rule) where prohibits candidate from applying/run for President (Arnold Schwarzenegger not allowed run) if not born in U.S.A. Different if military extension as U.S.A. ~~Defendant~~ was born in Kenya, Africa to Petitioner's belief why this is NOT frivolous complaint although his mother is a U.S. citizen, although Defendant is a U.S. citizen and qualified run/be senator- Petitioner qualifies run for U.S. Congress House of Representatives notwithstanding successful or not as to qualifications even with a record, but Cause of action is Defendant

3

birth on African soil in Kenya which is not U.S.A., he was NOT BORN in USA and to allow the Defendant proceed, Petitioner exercises U.S. Constitution via this Complaint that Defendant would love eliminate Constitution for a One World Order, a World Citizen, per Defendant as World Citizen. Petitioner is mentally and psychologically challenged as to origin of Defendant's birthplace and believes scrutiny of any records should be produced to appropriate authorities even document examiners and investigators. The Petitioner suffers mental, psychological, spiritual pain/anguish including patriotic pain and anguish and suffering the punitiveness of damages is Defendant's alleged arrogance to run unimpeded upon presumption his birth place will not be challenged in such alleged unlawful act as presumptive chief law commander, which Petitioner specifically pleads $100,000 damages if applicable. Mainly wants the issue proven and if not proven seeks or proven not qualified for damages from presumptive President, Defendant. WHEREFORE, pro-se (by myself) & non-violent and not be misconstrued. Respectfully request any and all relief entitled.

-4- Susan A. M_____

COUNTY OF DADE)
STATE OF FLORIDA)

Pursuant to Title 28 U.S. Code Section 1746, I declare under penalty of perjury that the allegations are true to the best of my knowledge and belief and my signature is genuine and witnessed by placement in hands of Ms. Rivera, staff of Legal Mail at H.C.I. this 15th day of August, 2008

_____
SUSAN A. MORROW

-5-