UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-22345-CIV-GOLD/WHITE

SUSAN A. MORROW,

　　　Plaintiff,

v.

BARACK HUMANE OBAMA,

　　　Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION; CLOSING CASE

This CAUSE is before the Court on the Report and Recommendation of U.S.
Magistrate Judge Patrick A. White [DE 7]. In the Report, Judge White notes that Plaintiff
has neither paid the required filing fee or properly filed a motion to proceed in forma
pauperis, despite being given several opportunities to do so, and recommends dismissal
of this case without prejudice. As further noted by Judge White, Plaintiff no longer appears
to be litigating this case. Accordingly, it is hereby

ORDERED and ADJUDGED that

1.　The Report and Recommendation [DE 7] is ADOPTED.

2.　This case is DISMISSED without prejudice.

3.　This case is CLOSED.

DONE and ORDERED in Chambers in Miami, Florida, this 9 day of March 2009.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
All counsel of record
U.S. Magistrate Judge Patrick A. White

From Chambers via. U.S. Mail

Susan A. Morrow
Homestead Correctional Institution
D-1212L Dorm
19000 SW 377 Street
Suite 200
Florida City, FL 33034